# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America            CRIMINAL 09-89-01 (PGS)
    Plaintiff,

  v.                                O R D E R

Silvia Joseph

    Defendant

    It is on this 13th day of February, 2009

    Court order Pretrial Services to turnover Ms. Silvia Joseph passport.

                              _____
                              PETER G. SHERIDAN, U.S.D.J.