RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **HON. PETER G. SHERIDAN** |
| *Plaintiff,* | *Criminal No.* 09-089 |
| v. | **ORDER FOR REMISSION OF FINE** |
| **SILVIA JOSEPH,** | |
| *Defendant.* | |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States

Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and

the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this _____ 2 5 _____ day of _____ June _____, 2009,

ORDERED, that the balance of the fine imposed on February 13, 2009, in the amount of

$350.00 is hereby remitted.

_____
PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE